UNITED STATES OF AMERICA v. THOMSON CORPORATION et al   Doc. 3
Case 1:08-cv-00262-TFH   Document 5   Filed 02/19/08   Page 1 of 2
P.012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. CR 09 - 256 - JR **FILED** |
| v. | OCT 27 2009 |
| RONSON BRITT, | VIOLATION: Clerk, U.S. District and Bankruptcy Courts |
| Defendant. | 26 U.S.C. § 7202 (Failure to Pay over Withholding Taxes) |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant RONSON BRITT ("Britt") and the United States agree and stipulate as follows:

1. Since at least 1993, defendant Britt, and his business partner, co-owned and managed B&B Security Consultants, Inc. ("B&B") in Washington DC.

2. B&B was in the business of providing armed and unarmed security guards to organizations, businesses, municipalities and events throughout the Metropolitan region. Clients of B&B included the District of Columbia, and Prince Georges County.

3. Britt, as co-owner of B&B, shared responsibility to collect, account for and pay over to the Internal Revenue Service payroll taxes withheld from B&B employees paychecks.

4. Beginning on or about January 1, 2002, and continuing through on or about December 31, 2006, B&B withheld $2,117,840.00 in payroll taxes from B&B employees' paychecks, and willfully failed to pay over that sum to the Internal Revenue Service, as required by law.

5. Instead of paying these payroll taxes to the Internal Revenue Service, Britt and his business partner used these funds to pay their substantial salaries, purchased discretionary

Dockets.Justia.com

business items and diverted business assets for personal expenditures.

*Ronson W. Britt*
RONSON BRITT
Defendant