UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>                              )    CASE NO.:<br>                              )<br>Plaintiff,                    )<br>                              )<br>v.                            )<br>                              )<br>THE THOMSON CORPORATION, and  )<br>                              )<br>REUTERS GROUP PLC,            )<br>                              )<br>                              )<br>Defendants.                   )<br>                              ) | |

## NOTICE OF FILING UNDER SEAL

Pursuant to Local Civil Rule 5.1(j) and Local Civil Rule 5.4(e)(1) and (2), Plaintiff United States hereby gives notice that it has filed in paper form a document under seal. The proposed Final Judgment filed electronically herewith includes redacted versions of three schedules, Schedules 2, 3, and 4. A complete version of the proposed Final Judgment has been filed in paper form under seal. By stipulated motion, Plaintiff and Defendants have filed herewith a motion for an order permitting Schedules 2, 3, and 4 to the proposed Final Judgment to be placed under seal.

Dated: February 19, 2008

                                           Respectfully submitted,

                                           FOR PLAINTIFF
                                           UNITED STATES OF AMERICA

                                           _/s/ Robert P. Mahnke_
                                           Robert P. Mahnke
                                           Networks and Technology Enforcement Section
                                           United States Department of Justice
                                           Antitrust Division
                                           600 E Street, N.W., Suite 9500
                                           Washington, D.C.  20530
                                           (202) 307-6200