UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE THOMSON CORPORATION, and<br><br>REUTERS GROUP PLC,<br><br>Defendants. | CASE NO.: 1:08-cv-00262<br>Assigned To: Hogan, Thomas F.<br>Assign. Date: 02/19/2008<br>Description: Antitrust |

**MOTION OF THE UNITED STATES TO APPOINT MONITORING TRUSTEES**

Pursuant to the Asset Preservation Stipulation and Order entered by the Court on February 22, 2008, and the terms of the proposed Final Judgment filed on February 19, 2008, Plaintiff United States of America hereby moves for approval of the appointment of Mark Byers and Marti Kopacz as Monitoring Trustees.

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA:

_/s/ Robert P. Mahnke_
Robert P. Mahnke
United States Department of Justice
Antitrust Division, Networks and Technology
Enforcement Section
600 E. Street, NW, Suite 9500
Washington, D.C. 20530
(202) 307-6200

Dated: March 26, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO.: 1:08-cv-00262 |
| | ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, | ) ) | Assign. Date: 02/19/2008 Description: Antitrust |
| v. | ) ) | |
| THE THOMSON CORPORATION, and REUTERS GROUP PLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION OF THE UNITED STATES TO APPOINT MONITORING TRUSTEES**

Pursuant to the Asset Preservation Order and Stipulation entered by the Court on February 22, 2008, the United States seeks the Court's approval to appoint Mr. Mark Byers and Ms. Marti Kopacz, partners at Grant Thornton UK LLP and Grant Thornton LLP, respectively, as Monitoring Trustees. Mr. Byers and Ms. Kopacz have been appointed as monitoring trustees in parallel proceedings before the European Commission, and they possess the expertise, experience, and organization to serve as Monitoring Trustees.

The United States filed a civil antitrust Complaint on February 19, 2008, seeking to enjoin Thomson's proposed acquisition of Reuters. The Complaint alleges that the likely effect of this acquisition would be to lessen competition substantially for the distribution and sale of: (1) fundamentals data; (2) earnings estimates data; and (3) aftermarket research reports in

violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. This loss of competition likely would result in increased prices for customers. The Complaint sought adjudication that the acquisition of Reuters by Thomson would violate Section 7 of the Clayton Act and further sought permanent injunctive relief.

Filed together with the Complaint were the Asset Preservation Order and Stipulation (the "Stipulation") and a proposed Final Judgment, which are designed to eliminate the anticompetitive effects of the acquisition. The Court entered the Stipulation on February 22, 2008. Under the proposed Final Judgment, Defendants are required to divest copies of Thomson's fundamentals database, Reuters' earnings estimates database, and Reuters' aftermarket research reports and all associated tangible and intangible assets necessary to operate and distribute the databases in a competitive manner (the "Divestiture Assets"). Under the terms of the Stipulation, Defendants will take steps to ensure that the Divestiture Assets are preserved, maintained and operated as economically viable and ongoing competitive businesses. Pursuant to Section IV.B. of the Asset Preservation Order and Stipulation, "Defendants shall abide by and comply with the provisions of the proposed Final Judgment pending its entry by the Court . . . and shall . . . comply with all the terms and provisions of the proposed Final Judgment as though the same were in full force and effect as an order of the Court."

Section V of the proposed Final Judgment provides for the appointment of a monitoring trustee with the power and authority to monitor Defendants' compliance with the terms of the Asset Preservation Stipulation and Order and the proposed Final Judgment. Pursuant to Section V.A., "the United States may, in its sole discretion and in good faith consultation with the European Commission, appoint a Monitoring Trustee, subject to approval by the Court."

In the proceedings in the European Commission, Thomson appointed Grant Thornton UK LLP, subject to the European Commission's approval, with a project team to be headed by Mr. Byers. Further to that appointment, Grant Thornton UK LLP will retain the services of Grant Thornton LLP. Following further discussions between the United States, the Defendants, Grant Thornton UK LLP, and Grant Thornton LLP, all parties agree to the appointment in this matter of Mr. Byers and Ms. Kopacz. Mr. Byers and Ms. Kopacz are well suited to take on the responsibilities of Trustee under the Final Judgment.

Mr. Byers has been a partner at Grant Thornton UK LLP since 1990, where his principal focus is advising on turnarounds and restructurings, work which frequently involves monitoring the performance of major corporations on behalf of financial stakeholders. He has extensive experience in advising competition authorities on monitoring trustee assignments at both a national and European level. He also has extensive experience working on international assignments and has global responsibility for certain of Grant Thornton's financial advisory services. Mr. Byers' professional biography and information about other professionals at Grant Thornton UK LLP are attached as Exhibit 1 to the Declaration of Robert P. Mahnke. Mr. Byers can call upon substantial resources of Grant Thornton UK LLP as needed to assist him in the performance of his duties. In addition, Mr. Byers regularly has worked on major assignments in the United States together with partners and staff from Grant Thornton LLP.

Ms. Kopacz is a principal at Grant Thornton LLP and has more than 25 years of experience in analyzing business operations and advising on turnarounds and restructurings. She frequently represents stakeholders such as debtors, creditors' committees, banking syndicates, and Chapter 11 trustees. Ms. Kopacz's professional biography and information about other

professionals at Grant Thornton LLP are attached as Exhibit 2 to the Declaration of Robert P. Mahnke. Ms. Kopacz can call upon substantial resources of Grant Thornton LLP as needed to assist her in the performance of her duties.

For the foregoing reasons, the United States respectfully requests this Court to approve the appointment of Mr. Byers and Ms. Kopacz as Monitoring Trustees pursuant to Section V. of the proposed Final Judgment.

Dated: March 26, 2008

        Respectfully submitted,

        FOR PLAINTIFF
        UNITED STATES OF AMERICA

        /s/ Robert P. Mahnke

        Robert P. Mahnke
        Networks and Technology Enforcement Section
        United States Department of Justice
        Antitrust Division
        600 E Street, N.W., Suite 9500
        Washington, D.C. 20530
        (202) 307-6200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE THOMSON CORPORATION, and<br>REUTERS GROUP PLC,<br><br>Defendants. | CASE NO.: 1:08-cv-00262<br>Assigned To: Hogan, Thomas F.<br>Assign. Date: 02/19/2008<br>Description: Antitrust |

## DECLARATION OF ROBERT P. MAHNKE

I, Robert P. Mahnke, declare as follows:

1. I am a trial attorney with the United States Department of Justice Antitrust Division, and I am the lead attorney for the above-captioned action. I make this declaration in support of the Motion of the United States To Appoint Monitoring Trustees.

2. The facts set forth in the Memorandum of Points and Authorities in Support of Motion of the United States to Appoint Monitoring Trustees are true and accurate to the best of my belief and knowledge.

3. A copy of the professional biographies of Mark Byers and other professionals at Grant Thornton UK LLP is attached as Exhibit 1.

4. A copy of the professional biographies of Marti Kopacz and other professionals at Grant Thornton LLP is attached as Exhibit 2.

5.  I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Robert P. Mahnke

Done at Washington, D.C.
March 26, 2008

## Proposed UK team



**Mark Byers**
Partner, London
T/F: +44 (0) 207 728 2522
M: +44 (0) 7768 336211
E: mark.r.byers@gtuk.com

### Mark Byers

Mark has been a partner since 1990. His principal focus is advising on turnarounds and restructurings - this work frequently involves monitoring the performance of major corporates on behalf of financial stakeholders. Mark has wide experience of corporate finance, investigation, due diligence and advisory work and has worked extensively on advising large banking syndicates to financially distressed businesses in the UK, Europe, North America and Asia. In the last five years he has led numerous international workout assignments.

Mark also has extensive experience in advising competition authorities at national and European level. He has acted in a leading role on most of Grant Thornton's recent Monitoring Trustee appointments. In addition, his experience has included M&A work, IPOs and MBOs.

Experience
- 20 years' experience in complex financial restructuring
- Extensive experience dealing with high profile complex international restructurings
- Successful track record of successful monitoring trustee appointments at both UK and European level

Sector Specialisms
- Information technology
- Telecommunications
- Financial services
- Healthcare
- Manufacturing
- Retail
- Property and construction
- Hotels and leisure
- Transport

Qualifications
- FCA
- Licensed insolvency practitioner
- MBA with distinction



**Katy Mattingley**
Senior Manager, Scotland
T/F: +44 (0) 141 223 0610
E: katy-jane.mattingley@gtuk.com

### Katy Mattingley

Katy is a senior manager in Grant Thornton's Financial Advisory Services team. She has extensive experience of Monitoring Trustee assignments, investigations, restructuring, independent business reviews and strategic performance reviews.

Katy has acted as lead manager on the Cerberus/Torex merger case, CapioAB/Opica merger case and the Reuters/Telerate Systems merger case.

Experience:
- Over 7 years experience of undertaking investigations, business reviews and strategic performance reviews.

Recent assignments include:
- leading the team acting as Monitoring Trustee in the CapioAB/Opica merger case and the Reuters/Telerate merger case and the team acting as Independent Observer in the Cerberus/Torex merger case
- due diligence of a c.£260m turnover company in the formula 1 racing arena
- disposal of a large serviced office chain
- 12 month secondment to Bank of Scotland managing a portfolio of clients with differing credit needs

| Career Outline | | Qualifications |
|---|---|---|
| 1997 | Joined Grant Thornton | BSc |
| 1999 | Qualified as a chartered accountant. | ACA - ICAEW |
| 2000 | Joined Grant Thornton's Financial Advisory Services team. | JIEB |



**Craig Reed**
Senior Manager, London
T/F: +44 (0) 207 728 2324
E: craig.reed@gtuk.com

### Craig Reed

Craig is a senior manager in Grant Thornton's Financial Advisory Services team. He has extensive experience of Monitoring Trustee assignments, forensic investigations, assurance services and general business reviews.

Craig acted as lead manager on De Beers case and the Stericycle International LLC / Sterile Technologies Group Limited ("STG") merger case.

Experience:
- Over 9 years experience of undertaking business reviews and forensic investigations.

Recent assignments include:
- part of the team acting as Monitoring Trustee in the Stericycle International LLC / Sterile Technologies Group Limited ("STG") merger case and the De Beers case
- managing and co-ordinating multi-jurisdictional claims in excess of $0.5 billion
- forensic and investigation assignments involving breach of warranty, breach of contract, viability reviews, regulatory analysis and investigation of fraudulent activities

| Career Outline | | Qualifications |
|---|---|---|
| 1997 | Joined Grant Thornton | BSc |
| 2002 | Moved to Grant Thornton Australia's Sydney Team | ACA - ICAEW |
| 2004 | Joined Grant Thornton UK's Financial Advisory Services team | |



**Sarah Bell**
Manager, London
T/F: +44 (0) 207 728 2409
E: sarah.bell@gtuk.com

## Sarah Bell

Sarah is a manager in Grant Thornton's Financial Advisory Services team who has specialised in investigation and restructuring work. She has extensive experience of Monitoring Trustee assignments, investigations, restructuring, independent business reviews and strategic performance reviews.

Sarah has been involved in the following recent Monitoring Trustee assignments, Cerberus/Torex merger case, CapioAB/Opica merger case, the Reuters/Telerate Systems merger case and the Mid Kent Water/South East Water merger case.

Experience:
- Over 6 years experience in undertaking investigations, business viability reviews, turnaround and M&A work advising on both the debtor and creditor side

Recent assignments include:
- part of the team acting as Monitoring Trustee in the CapioAB/Opica merger case, the Reuters/Telerate merger case and the Mid Kent Water/South East Water merger case and as part of the team acting as Independent Observer in the Cerberus/Torex merger case
- business viability and options review of an international furniture manufacturer and an international software development business
- valuation of a c.£1bn turnover company in the automotive component industry
- disposal of a large serviced office chain

| Career Outline | | Qualifications |
|---|---|---|
| 2002 | Joined Grant Thornton Australia's Sydney Team | BApp Fin and BAcc |
| 2004 | Qualified as a chartered accountant. | ACA - ICAA |
| 2005 | Joined Grant Thornton UK's Financial Advisory Services team | |

## Proposed US team



**Marti Kopacz**
Managing Principal,
New York
T: +1 212 542 8730
M: +1 617 840 9155
E: marti.kopacz@gt.com

### Marti Kopacz

Marti has over 25 years' experience assisting stakeholders in analysing business operations and advising on turnarounds and restructurings. During this time she has become accustom to representing a variety of stakeholders from companies, debtors, creditor' committees, banking syndicates and Chapter 11 Trustees.

Marti has led a number of large and complex restructurings both in the US and internationally. Her work frequently involves providing strategic and operational restructuring advice and implementation support to distressed businesses. During this period Marti has gained extensive experience in the technology, retail and professional services industries.

Marti has a broad experience including corporate finance, investigation, due diligence and advisory work. She has also served as an Interim President, Chief Restructuring Officer, Chapter 11 Trustee, Collateral Trustee, and Examiner and has acted as an expert witness.

Experience
- 25 years' experience in complex financial restructuring
- Experience dealing with high profile international restructurings with a successful track record in implementing change and performance improvement

Sector Specialisms
- Information technology
- Financial services
- Retail
- Professional services industry
- Manufacturing
- Property and construction
- Hotels and leisure
- Food industry
- Transport

Qualifications
- BSc
- MBA
- CMA
- Certified Insolvency and Restructuring Advisor (CIRA)



**Peter Stenger**
Director, Detriot
T: +1 248 233 6982
E: peter.stenger@gt.com

## Peter Stenger

Peter is a director in Grant Thornton's Corporate Advisory and Restructuring Services team. He has significant experience providing information technology, financial and operational services to middle market and *Fortune 500* corporations in both distressed and transitional situations.

Peter heads the technology client service area that deals with *Fortune 500* businesses in areas including strategic supply chain management, technology solutions and measurement of organisational and financial viability.

Experience
- Experience includes software design, application development, system administration, software selection, projection management and system migration
- Experience in developing and implementing customer database applications and performance and risk management software applications to international OEM's
- Extensive experience in a variety of corporate finance assignments

Sector Specialisms
- Information technology
- Financial services
- Automotive
- Retail
- Utilities
- Food industry
- Insurance

Qualifications
- CPA
- CIRA



**Karen Goldenkranz**
Manager, New York
E: karen.goldenkranz@gt.com

## Karen Goldenkranz

Karen is a manager in Grant Thornton's Business Advisory Services team. She has extensive experience in reviewing the financial performance, viability and internal controls for both public and private companies.

Experience
- Extensive experience in a variety of business sectors including, information technology, consumer and industrial products, financial services - private, commercial and investment banks, hedge funds, consulting, manufacturers and telecommunication companies
- Experience in interviewing management to understand business, products and control environments
- Experience in leading complex project management assignments

Qualifications
- BBA
- MBA
- Project Management Professional (PMP)
- Certified Internal Auditor (CIA)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE THOMSON CORPORATION, and<br>REUTERS GROUP PLC,<br><br>Defendants. | CASE NO.: 1:08-cv-00262<br>Assigned To: Hogan, Thomas F.<br>Assign. Date: 02/19/2008<br>Description: Antitrust |

## [PROPOSED] ORDER

Pursuant to the Asset Preservation Stipulation and Order entered by the Court on February 22, 2008, and the terms of the proposed Final Judgment filed on February 19, 2008, the Court approves the appointment of Mark Byers and Marti Kopacz as Monitoring Trustees.

_____
United States District Judge

Dated: