UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.: 1:08-cv-00262 |
| ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, ) | Assign. Date: 02/19/2008 |
| ) | Description: Antitrust |
| v. ) | |
| ) | |
| THE THOMSON CORPORATION, and ) | |
| REUTERS GROUP PLC, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF ROBERT P. MAHNKE

I, Robert P. Mahnke, declare as follows:

1. I am a trial attorney with the United States Department of Justice Antitrust Division, and I am the lead attorney for the above-captioned action. I make this declaration in support of the Motion of the United States To Appoint Monitoring Trustees.

2. The facts set forth in the Memorandum of Points and Authorities in Support of Motion of the United States to Appoint Monitoring Trustees are true and accurate to the best of my belief and knowledge.

3. A copy of the professional biographies of Mark Byers and other professionals at Grant Thornton UK LLP is attached as Exhibit 1.

4. A copy of the professional biographies of Marti Kopacz and other professionals at Grant Thornton LLP is attached as Exhibit 2.

5.    I declare under penalty of perjury that the foregoing is true and correct.

_____<br>Robert P. Mahnke

Done at Washington, D.C.
March 26, 2008

# Proposed UK team



**Mark Byers**
Partner, London
T/F: +44 (0) 207 728 2522
M: +44 (0) 7768 336211
E: mark.r.byers@gtuk.com

## Mark Byers

Mark has been a partner since 1990. His principal focus is advising on turnarounds and restructurings - this work frequently involves monitoring the performance of major corporates on behalf of financial stakeholders. Mark has wide experience of corporate finance, investigation, due diligence and advisory work and has worked extensively on advising large banking syndicates to financially distressed businesses in the UK, Europe, North America and Asia. In the last five years he has led numerous international workout assignments.

Mark also has extensive experience in advising competition authorities at national and European level. He has acted in a leading role on most of Grant Thornton's recent Monitoring Trustee appointments. In addition, his experience has included M&A work, IPOs and MBOs.

### Experience
- 20 years' experience in complex financial restructuring
- Extensive experience dealing with high profile complex international restructurings
- Successful track record of successful monitoring trustee appointments at both UK and European level

### Sector Specialisms
- Information technology
- Telecommunications
- Financial services
- Healthcare
- Manufacturing
- Retail
- Property and construction
- Hotels and leisure
- Transport

### Qualifications
- FCA
- Licensed insolvency practitioner
- MBA with distinction



**Katy Mattingley**
Senior Manager, Scotland
T/F: +44 (0) 141 223 0610
E: katy-jane.mattingley@gtuk.com

## Katy Mattingley

Katy is a senior manager in Grant Thornton's Financial Advisory Services team. She has extensive experience of Monitoring Trustee assignments, investigations, restructuring, independent business reviews and strategic performance reviews.

Katy has acted as lead manager on the Cerberus/Torex merger case, CapioAB/Opica merger case and the Reuters/Telerate Systems merger case.

Experience:
- Over 7 years experience of undertaking investigations, business reviews and strategic performance reviews.

Recent assignments include:
- leading the team acting as Monitoring Trustee in the CapioAB/Opica merger case and the Reuters/Telerate merger case and the team acting as Independent Observer in the Cerberus/Torex merger case
- due diligence of a c.£260m turnover company in the formula 1 racing arena
- disposal of a large serviced office chain
- 12 month secondment to Bank of Scotland managing a portfolio of clients with differing credit needs

| Career Outline | | Qualifications |
|---|---|---|
| 1997 | Joined Grant Thornton | BSc |
| 1999 | Qualified as a chartered accountant. | ACA - ICAEW |
| 2000 | Joined Grant Thornton's Financial Advisory Services team. | JIEB |



**Craig Reed**
Senior Manager, London
T/F: +44 (0) 207 728 2324
E: craig.reed@gtuk.com

## Craig Reed



Craig is a senior manager in Grant Thornton's Financial Advisory Services team. He has extensive experience of Monitoring Trustee assignments, forensic investigations, assurance services and general business reviews.

Craig acted as lead manager on De Beers case and the Stericycle International LLC / Sterile Technologies Group Limited ("STG") merger case.

Experience:
- Over 9 years experience of undertaking business reviews and forensic investigations.

Recent assignments include:
- part of the team acting as Monitoring Trustee in the Stericycle International LLC / Sterile Technologies Group Limited ("STG") merger case and the De Beers case
- managing and co-ordinating multi-jurisdictional claims in excess of $0.5 billion
- forensic and investigation assignments involving breach of warranty, breach of contract, viability reviews, regulatory analysis and investigation of fraudulent activities

| Career Outline | | Qualifications |
|---|---|---|
| 1997 | Joined Grant Thornton | BSc |
| 2002 | Moved to Grant Thornton Australia's Sydney Team | ACA - ICAEW |
| 2004 | Joined Grant Thornton UK's Financial Advisory Services team | |



## Sarah Bell

Sarah is a manager in Grant Thornton's Financial Advisory Services team who has specialised in investigation and restructuring work. She has extensive experience of Monitoring Trustee assignments, investigations, restructuring, independent business reviews and strategic performance reviews.

Sarah has been involved in the following recent Monitoring Trustee assignments, Cerberus/Torex merger case, CapioAB/Opica merger case, the Reuters/Telerate Systems merger case and the Mid Kent Water/South East Water merger case.

**Sarah Bell**
Manager, London
T/F: +44 (0) 207 728 2409
E: sarah.bell@gtuk.com

### Experience:
- Over 6 years experience in undertaking investigations, business viability reviews, turnaround and M&A work advising on both the debtor and creditor side

Recent assignments include:
- part of the team acting as Monitoring Trustee in the CapioAB/Opica merger case, the Reuters/Telerate merger case and the Mid Kent Water/South East Water merger case and as part of the team acting as Independent Observer in the Cerberus/Torex merger case
- business viability and options review of an international furniture manufacturer and an international software development business
- valuation of a c.£1bn turnover company in the automotive component industry
- disposal of a large serviced office chain

### Career Outline
2002   Joined Grant Thornton Australia's Sydney Team
2004   Qualified as a chartered accountant.
2005   Joined Grant Thornton UK's Financial Advisory Services team

### Qualifications
BApp Fin and BAcc
ACA - ICAA

## Proposed US team



**Marti Kopacz**
Managing Principal,
New York
T: +1 212 542 8730
M: +1 617 840 9155
E: marti.kopacz@gt.com

### Marti Kopacz

Marti has over 25 years' experience assisting stakeholders in analysing business operations and advising on turnarounds and restructurings. During this time she has become accustom to representing a variety of stakeholders from companies, debtors, creditor' committees, banking syndicates and Chapter 11 Trustees.

Marti has led a number of large and complex restructurings both in the US and internationally. Her work frequently involves providing strategic and operational restructuring advice and implementation support to distressed businesses. During this period Marti has gained extensive experience in the technology, retail and professional services industries.

Marti has a broad experience including corporate finance, investigation, due diligence and advisory work. She has also served as an Interim President, Chief Restructuring Officer, Chapter 11 Trustee, Collateral Trustee, and Examiner and has acted as an expert witness.

Experience
- 25 years' experience in complex financial restructuring
- Experience dealing with high profile international restructurings with a successful track record in implementing change and performance improvement

Sector Specialisms
- Information technology
- Financial services
- Retail
- Professional services industry
- Manufacturing
- Property and construction
- Hotels and leisure
- Food industry
- Transport

Qualifications
- BSc
- MBA
- CMA
- Certified Insolvency and Restructuring Advisor (CIRA)



**Peter Stenger**
Director, Detriot
T: +1 248 233 6982
E: peter.stenger@gt.com

## Peter Stenger

Peter is a director in Grant Thornton's Corporate Advisory and Restructuring Services team. He has significant experience providing information technology, financial and operational services to middle market and *Fortune 500* corporations in both distressed and transitional situations.

Peter heads the technology client service area that deals with *Fortune 500* businesses in areas including strategic supply chain management, technology solutions and measurement of organisational and financial viability.

### Experience
- Experience includes software design, application development, system administration, software selection, projection management and system migration
- Experience in developing and implementing customer database applications and performance and risk management software applications to international OEM's
- Extensive experience in a variety of corporate finance assignments

### Sector Specialisms
- Information technology
- Financial services
- Automotive
- Retail

- Utilities
- Food industry
- Insurance

### Qualifications
- CPA
- CIRA



**Karen Goldenkranz**
Manager, New York
E: karen.goldenkranz@gt.com

## Karen Goldenkranz

Karen is a manager in Grant Thornton's Business Advisory Services team. She has extensive experience in reviewing the financial performance, viability and internal controls for both public and private companies.

### Experience
- Extensive experience in a variety of business sectors including, information technology, consumer and industrial products, financial services - private, commercial and investment banks, hedge funds, consulting, manufacturers and telecommunication companies
- Experience in interviewing management to understand business, products and control environments
- Experience in leading complex project management assignments

### Qualifications
- BBA
- MBA
- Project Management Professional (PMP)
- Certified Internal Auditor (CIA)