THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | CASE NO.: 1:08-cv-00262 |
|  | ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, | ) | Assign. Date: 02/19/2008 |
|  | ) | Description: Antitrust |
| v. | ) | |
|  | ) | |
| THE THOMSON CORPORATION, and REUTERS GROUP PLC, | ) | |
|  | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**    *TFH*

Pursuant to the Asset Preservation Stipulation and Order entered by the Court on February 22, 2008, and the terms of the proposed Final Judgment filed on February 19, 2008, the Court approves the appointment of Mark Byers and Marti Kopacz as Monitoring Trustees.

*/s/ Thomas F. Hogan*
United States District Judge

Dated: *11 April 2008*