## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:08-cv-00262 |
| ) | Assigned to: Hogan, Thomas F. |
| v. ) | Assign. Date: 02/19/2008 |
| ) | Description: Antitrust |
| THE THOMSON CORPORATION, and ) | |
| REUTERS GROUP PLC ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of W. Dale Collins as counsel of record for the Defendants The Thomson Corporation and Reuters Group PLC in the above-captioned case.

Dated: May 27, 2008                     Respectfully submitted,

                                                                   /s/ W. Dale Collins
                                                W. Dale Collins (D.C. Bar # 430266)
                                                Shearman & Sterling LLP
                                                801 Pennsylvania Avenue, NW, Suite 900
                                                Washington, D.C. 20004
                                                (202) 508-8000
                                                wdcollins@shearman.com

                                                *Attorney for Defendants The Thomson Corporation and Reuters Group PLC*

## CERTIFICATE OF SERVICE

    I, Jeff L. White, certify that on the 27th day of May, 2008, a true and accurate copy of this Notice of Appearance was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal Service mailing:

Robert P. Mahnke
United States Department of Justice
Antitrust Division, Networks and Technology
Enforcement Section
600 E. Street, NW, Suite 9500
Washington, D.C. 20530
(202) 307-6200

*Attorney for Plaintiff United States of America*

                                                 /s/ Jeff L. White
                                                 Jeff L. White