UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE THOMSON CORPORATION, and ) <br> ) <br> REUTERS GROUP PLC, ) <br> ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: 1:08-cv-00262 <br> Assigned To: Hogan, Thomas F. <br> Assign. Date: 02/19/2008 <br> Description: Antitrust |

### [PROPOSED] ORDER PLACING
### SCHEDULES 2, 3, AND 4 TO THE PROPOSED FINAL JUDGMENT UNDER SEAL

Good cause having been shown and pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5.1(j), the Court ORDERS as follows:

The document filed as Schedules 2, 3, and 4 to the proposed Final Judgment in this matter shall be placed under seal by the Clerk of the Court, and shall not be made part of the public record for any purposes.

_____
United States District Judge

Dated: 29 May 2008