# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| | ) | CASE NO.: 1:08-cv-00262 |
| | ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, | ) | Assign. Date: 02/19/2008 |
| | ) | Description: Antitrust |
| v. | ) ) | |
| THE THOMSON CORPORATION, and | ) ) | |
| REUTERS GROUP PLC, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF EXTENSION OF TIME FOR DIVESTITURE

Pursuant to Section IV.A. of the Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Divestiture Assets by twenty-two (22) days, until July 14, 2008.

Dated: June 26, 2008

                              Respectfully submitted,

                              FOR PLAINTIFF
                              UNITED STATES OF AMERICA

                              /s/
                              Robert P. Mahnke
                              Networks and Technology Enforcement Section
                              United States Department of Justice
                              Antitrust Division
                              600 E Street, N.W., Suite 9500
                              Washington, D.C.  20530
                              (202) 307-6200