UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE THOMSON CORPORATION, and<br><br>REUTERS GROUP PLC,<br><br>Defendants. | CASE NO.: 1:08-cv-00262<br>Assigned To: Hogan, Thomas F.<br>Assign. Date: 02/19/2008<br>Description: Antitrust |

**NOTICE OF EXTENSION OF TIME FOR DIVESTITURE**

Pursuant to Section IV.A. of the Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Divestiture Assets by four (4) days, until July 18, 2008.

Dated: July 14, 2008

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA


 /s/
Robert P. Mahnke
Networks and Technology Enforcement Section
United States Department of Justice
Antitrust Division
600 E Street, N.W., Suite 9500
Washington, D.C.  20530
(202) 307-6200