# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.: 1:08-cv-00262 |
| | ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, | ) | Assign. Date: 02/19/2008 |
| | ) | Description: Antitrust |
| v. | ) | |
| | ) | |
| THE THOMSON CORPORATION, and | ) | |
| | ) | |
| REUTERS GROUP PLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF EXTENSION OF TIME FOR DIVESTITURE

Pursuant to Section IV.A. of the Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Fundamentals Divestiture Assets by five (5) days, until July 23, 2008, and the time to divest the Estimates Divestiture Assets and Aftermarket Research Divestiture Assets by twenty-seven (27) days, until August 14, 2008.

Dated: July 21, 2008

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

  /s/_____
Robert P. Mahnke
Networks and Technology Enforcement Section
United States Department of Justice
Antitrust Division
600 E Street, N.W., Suite 9500
Washington, D.C.  20530
(202) 307-6200