UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 1:08-cv-00262<br>Assigned To: Hogan, Thomas F.<br>Assign. Date: 02/19/2008<br>Description: Antitrust |
| Plaintiff, | | |
| v. | | |
| THE THOMSON CORPORATION, and | | |
| REUTERS GROUP PLC, | | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Travis Richard Chapman as counsel for Plaintiff United States of America in the above-captioned case.

Dated: August 5, 2008

                Respectfully submitted,

                FOR PLAINTIFF
                UNITED STATES OF AMERICA


                  /s/     Travis R. Chapman
                Travis R. Chapman
                Networks and Technology Enforcement Section
                United States Department of Justice
                Antitrust Division
                600 E Street, N.W., Suite 9500
                Washington, D.C.  20530
                (202) 353-9006

**CERTIFICATE OF SERVICE**

      I, Travis R. Chapman, hereby certify that on August 5, 2008, a true and accurate copy of this Notice of Appearance was filed electronically in the case identified above. A copy of the filing will be sent to the parties listed below via United States Postal Service mailing:

Beau W. Buffier, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-4843
bbuffier@shearman.com

Lee K. Van Voorhis, Esq.
Weil, Gotshal & Manges LLP
1300 I Street, NW
Washington, D.C. 20005
(202) 682-7272
lee.vanvoorhis@weil.com

**Counsel for Defendant**

Dated: August 5, 2008

                                        FOR PLAINTIFF
                                        UNITED STATES OF AMERICA

                                        /s/ Travis R. Chapman
                                        Travis R. Chapman
                                        Networks and Technology Enforcement Section
                                        United States Department of Justice
                                        Antitrust Division
                                        600 E Street, N.W., Suite 9500
                                        Washington, D.C. 20530
                                        (202) 353-9006