**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 1:08-cv-00262<br>Assigned To: Hogan, Thomas F.<br>Assign. Date: 02/19/2008<br>Description: Antitrust |
| Plaintiff, | | |
| v. | | |
| THE THOMSON CORPORATION, and | | |
| REUTERS GROUP PLC, | | |
| Defendants. | | |

**NOTICE OF EXTENSION OF TIME FOR DIVESTITURE**

Pursuant to Section IV.A. of the Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Estimates Divestiture Assets and Aftermarket Research Divestiture Assets by seven (7) days, until August 21, 2008.

Dated: August 11, 2008

                                                    Respectfully submitted,

                                                  FOR PLAINTIFF
                                                  UNITED STATES OF AMERICA

                                                  /s/    Travis R. Chapman
                                                  Travis R. Chapman
                                                  Networks and Technology Enforcement Section
                                                  United States Department of Justice
                                                  Antitrust Division
                                                  600 E Street, N.W., Suite 9500
                                                  Washington, D.C.  20530
                                                  (202) 353-9006