UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO.: 1:08-cv-00262 |
| Plaintiff, | ) ) | Assigned To: Hogan, Thomas F. Assign. Date: 02/19/2008 |
| v. | ) ) | Description: Antitrust |
| THE THOMSON CORPORATION and REUTERS GROUP PLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## TFH [~~PROPOSED~~] ORDER TO MODIFY FINAL JUDGMENT

The Court having received the unopposed motion of Plaintiff, United States, for modification of the Final Judgment entered in this case on June 17, 2008, and the Court finding that it is in the public interest to modify the Final Judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That Section IV.A is hereby modified to read as follows:

### IV. Divestitures

A.  Defendants are ordered and directed, within sixty (60) calendar days after the filing of the Complaint in this matter, or five (5) calendar days after notice of the entry of this Final Judgment by the Court, whichever is later, to divest the Divestiture Assets in a manner consistent with this Final Judgment to an Acquirer(s) acceptable to the United States, in its sole discretion. The United States, in its sole discretion, may agree to one or more extensions of this time period not

to exceed 120 calendar days in total, and shall notify the Court in such circumstances. Defendants shall use their best efforts to divest the Divestiture Assets as expeditiously as possible.

Dated: _August 20th_, 2008

_____
UNITED STATES DISTRICT JUDGE