**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO.: 1:08-cv-00262 |
|  | ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, | ) | Assign. Date: 02/19/2008 |
|  | ) | Description: Antitrust |
| v. | ) ) |  |
| THE THOMSON CORPORATION, and | ) ) |  |
| REUTERS GROUP PLC, | ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF EXTENSION OF TIME FOR DIVESTITURE**

Pursuant to Section IV.A. of the Final Judgment as modified on August 21, 2008, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Estimates Divestiture Assets and Aftermarket Research Divestiture Assets by twenty-nine (29) days, until September 19, 2008.

Dated: August 22, 2008

                                                              Respectfully submitted,

                                                              FOR PLAINTIFF
                                                              UNITED STATES OF AMERICA

                                                              /s/    Travis R. Chapman
                                                              Travis R. Chapman
                                                              Networks and Technology Enforcement Section
                                                              United States Department of Justice
                                                              Antitrust Division
                                                             600 E Street, N.W., Suite 9500
                                                             Washington, D.C.  20530
                                                             (202) 353-9006