# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO.: 1:08-cv-00262 |
|  | ) | Assigned To: Hogan, Thomas F. |
| Plaintiff, | ) | Assign. Date: 02/19/2008 |
|  | ) | Description: Antitrust |
| v. | ) ) |  |
| THE THOMSON CORPORATION, and | ) ) |  |
| REUTERS GROUP PLC, | ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF EXTENSION OF TIME FOR DIVESTITURE

Pursuant to Section IV.A. of the Final Judgment as modified on August 21, 2008, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Estimates Divestiture Assets and Aftermarket Research Divestiture Assets by twenty-one (21) days, until October 10, 2008.

Dated: September 19, 2008

                                                  Respectfully submitted,

                                                  FOR PLAINTIFF
                                                  UNITED STATES OF AMERICA

                                                 /s/    Travis R. Chapman
                                                Travis R. Chapman
                                                Networks and Technology Enforcement Section
                                                United States Department of Justice
                                                Antitrust Division
                                                600 E Street, N.W., Suite 9500
                                                Washington, D.C.  20530
                                                (202) 353-9006